## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY – TRENTON VICINAGE

| | |
|---|---|
| ALAN BOGART,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHASE BANK,<br><br>　　　　　　Defendant. | Case No. 17-CV-02249-PGS-LHG<br><br>**NOTICE OF SETTLEMENT** |

Defendant Chase Bank USA, N.A. ("Chase"), sued herein as Chase Bank, by and through its attorneys, The Law Office of Christopher B. Turcotte, P.C., hereby notifies this Court that Chase and plaintiff Alan Bogart have settled all claims between them in this Action. The parties are in the process of completing the final settlement documents and filing the dismissal. Chase anticipates that a stipulation of dismissal, with prejudice, will be filed within 30 days. Accordingly, Chase requests excusal from any upcoming filing and appearance requirements.

Dated:  December 20, 2017

　　　　　　　　　　　　　　　THE LAW OFFICE OF
　　　　　　　　　　　　　　　CHRISTOPHER B. TURCOTTE, P.C.
　　　　　　　　　　　　　　　*Attorneys for Defendant Chase Bank USA, N.A.*

　　　　　　　　　　　　　　　By:　　　/s/Christopher B. Turcotte
　　　　　　　　　　　　　　　　　　Christopher B. Turcotte
　　　　　　　　　　　　　　　　　　575 Madison Avenue, Suite 1006
　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　Telephone: (212) 937-8499

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2017, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Christopher B. Turcotte
Christopher B. Turcotte
575 Madison Avenue, Suite 1006
New York, New York  10022
(212) 937-8499
